United States District Court
Southern District of Texas
**ENTERED**
May 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>Approximately $834,157.50<br>in Funds Seized from Prosperity Bank<br>Checking Account XXXXX9032<br>　　　　　　Defendant. | §<br>§<br>§　CIVIL ACTION NO. 4:23-cv-00264<br>§<br>§<br>§<br>§<br>§ |

## DEFAULT JUDGMENT AND
## FINAL JUDGMENT OF FORFEITURE

Pending before the Court is the Plaintiff's Motion for Default Judgment and Final Judgment of Forfeiture pursuant to Rule 55 of the Federal Rules of Civil Procedure. Having reviewed the motion, the record, and the applicable law, the Court makes the following findings:

A.　On January 24, 2023, the United States filed a Verified Complaint for Forfeiture in Rem against $834,157.50 in U.S. Currency seized from Prosperity Bank Checking Account ending in 9032 (the "Defendant Property") setting forth a sufficient factual and legal basis to establish the forfeiture of the Defendant Property.

B.　Proper notice of this forfeiture action was served and published in accordance with Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

C.　There are no claims or answers pending before the Court and the time for filing a claim and answer asserting an interest in the Defendant Property has expired.

The Court hereby determines that the Plaintiff's Motion for Default Judgment and Final Judgment of Forfeiture should be GRANTED. It is therefore, ORDERED that:

1) H&H Engineering and Construction, and all other potential claimants, persons or entities who could assert an interest in the Defendant Property are held in default;

2) A Judgment of Default is entered against Defendant in Rem $834,157.50 in U.S. Currency; and

3) $834,157.50 in U.S. Currency is forfeited to the United States to be disposed of in accordance with applicable law.

THIS IS A FINAL JUDGMENT.

Signed at Houston, Texas, on __May 30__, 2023

HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE